UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 05-0544 M-01 |
| ) | |
| v. ) | **FILED** |
| ) | NOV 0 9 2005 |
| LARRY GOOCH ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's motion for an order transferring him to C.T.F., it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer ~~[redacted]~~ *Larry Gooch* AK from the D.C. Jail to the Correctional Treatment Facility (CCA) pending further proceedings.

**SO ORDERED**

11/09/05
DATE

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc: D.C. Jail Records
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

U.S. Marshals Service
333 Constitution Ave., N.W.
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Barry Wiegand
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

(N)