UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0544M-01 (CR) |
| **LARRY A. GOOCH, SR.,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §4504(a)(2) |
| | : | (Carrying a Pistol Without a License); |
| | : | 33 D.C.C. §541(d) |
| | : | (Possession of a Controlled Substance) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about October 21, 2005, within the District of Columbia, **LARRY A. GOOCH, SR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F1685-87, did unlawfully and knowingly receive and possess a firearm, that is, a .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 21, 2005, within the District of Columbia, **LARRY A. GOOCH, SR.**, did carry, openly and concealed on or about his person, a handgun, that is, a .38 caliber revolver, without a license issued pursuant to law, having been previously convicted of this crime or another felony in the District of Columbia or another jurisdiction.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a)(2))

## COUNT THREE

On or about October 21, 2005, within the District of Columbia, **LARRY A. GOOCH, SR.**, did knowingly and intentionally possess a controlled substance, that is heroin, in violation of Title 33, District of Columbia Code, Section 541(d).

(**Unlawful Possession of a Controlled Substance**, in violation of Title 33, District of Columbia Code, Section 541(d))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
ALEXANDER SHAWE,  Bar No. 472492
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, D.C. 20530
(202) 514-9519