CO-526
(12/86)

              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                                 )
                                 )
        vs.                   )    Criminal No. 06-008 (PLF)
                                 )
                                 )
LARRY A. GOOCH, SR.         )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

                                                   _/s/ Larry A. Gooch_
                                                            Defendant

                                               _/s/ Carlos Vanegas_
                                                  Counsel for defendant

I consent: _/s/_
_____
Assistant United States Attorney

Approved: _/s/_
_____
    Judge Paul L. Friedman
    United States District Court