# United States District Court
# for the District of Columbia

FILED

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

LARRY A. GOOCH, SR.

CASE NUMBER:   CR 06-008 (PLF)

I,   LARRY A. GOOCH, SR.   the above named defendant, who is accused of

~~18 USC 922(g)(1) - Unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year - Count 1~~
22 DCC 4504(a)(2) Carrying a pistol without a license   -   Count 2 ~~5~~
~~33 DCC 541(d)~~ Possession of a controlled substance   -   Count 3 ~~5~~
48 DCC 904.01(a)(1)

being advised of the nature of the charge, the proposed superseding information, and of my rights,

hereby waive in open court on   January 24, 2006   prosecution by indictment and consent that the

proceeding may be by Information rather than by Indictment.

x_____
Defendant   Larry A. Gooch, Sr.

_____
Counsel for Defendant   Carlos Vanegas, Esquire

_____
Judge Paul L. Friedman
United States District Court