MAR-22-2006 09:28    3539414                        3539414    P.02/02

# HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>06-008-01</u> | **FILED** |
| vs. | : SSN: <u>N/A</u> | APR 6 2006 |
| GOOCH, Larry Sr. | : Disclosure Date: **March 3, 2006** | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

(✓)  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          3-22-06
**Prosecuting Attorney**                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____ _____**Defendant**
**Date**           **Defense Counsel**         **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 16, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

TOTAL P.02